**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2847 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 166 DB 2021 |
| | : | |
| v. | : | Attorney Registration No. 314432 |
| | : | |
| ALAN CHARLES GREEN, | : | (York County) |
| | : | |
| Respondent | : | |

**O R D E R**

**PER CURIAM**

    **AND NOW,** this 14th day of January, 2022, upon consideration of the Verified Statement of Resignation, Alan Charles Green is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).